USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2021



**BARNES IACCARINO & SHEPHERD LLP**

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

January 14, 2021

**MEMORANDUM ENDORSED**

VIA OVERNIGHT DELIVERY
Honorable Gregory H. Woods, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re: <u>Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al. v. Pop Displays, LLC, et al.</u>

Case No.: 20-cv-09608 (GHW)

Dear Judge Woods,

    This firm represents Plaintiff Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al. in the above referenced matter. The Court entered a Notice of Initial Pretrial Conference [ECF No. 5], scheduling a Conference for January 21, 2021 at 3pm, and setting forth a deadline for a Joint Letter and Proposed Case Management Plan for January 14, 2021. Plaintiff intends on moving for default judgment as Defendant has not provided an answer to or otherwise responded to the Complaint [ECF No. 1]. In light of the foregoing circumstances, Plaintiff respectfully requests to adjourn the scheduled January 21, 2021 Conference *sine die*.

    This constitutes Plaintiff's first adjournment request to the Court in this matter. The Defendant has not entered an appearance in this action.

    I appreciate your time and attention to this matter.

Respectfully yours,

*Lauren M. Kugielska*
Lauren M. Kugielska

---

Application granted. The conference scheduled for January 21, 2021, is adjourned sine die. The Court expects Plaintiff to file an application for an order to show cause regarding default judgment no later than February 15, 2021. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

Dated: January 15, 2021

GREGORY H. WOODS
United States District Judge