USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2021

**BARNES IACCARINO & SHEPHERD LLP**
BIS

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd
Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

# MEMORANDUM ENDORSED

March 25, 2021

VIA ECF
Honorable Gregory H. Woods
United States District Court, S.D.N.Y.
500 Pearl Street, Room 2260
New York, NY 10007

Re: Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al. v. Pop Displays, LLC, et al.

Case No.: 20-cv-09608 (GHW)

Dear Judge Woods,

    This firm represents Plaintiff Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al. in the above referenced matter. The Court entered a Notice of Initial Pretrial Conference [ECF No. 18], scheduling a Conference for April 1, 2021 at 1pm, and setting forth a deadline for a Joint Letter and Proposed Case Management Plan for March 25, 2021. Plaintiff intends on moving for default judgment as neither Defendant has provided an answer or otherwise responded to the Amended Complaint [ECF No. 20]. The Clerk of the Court entered a Certificate of Default of the Defendants on March 22, 2021 [ECF No. 34]. In light of the foregoing circumstances, Plaintiff respectfully requests to adjourn the scheduled April 1, 2021 Conference *sine die*.

    This constitutes Plaintiff's third adjournment request to the Court in this matter. Neither Defendant has entered an appearance in this action.

    I appreciate your time and attention to this matter.

Respectfully yours,

/s/ *Lauren M. Kugielska*
Lauren M. Kugielska

---

Application granted. The initial pretrial conference scheduled for April 1, 2021 is adjourned sine die. The Court expects that any application for an order to show cause why default judgment should not be entered will be filed no later than April 15, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35. Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: March 26, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge