UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TRUSTEES OF THE PENSION PLAN
OF THE PENSION FUND OF AMALGAMATED
PRODUCTION & SERVICE EMPLOYEES
LOCAL 22 F/K/A TRUSTEES OF THE PENSION
PLAN OF THE PENSION FUND OF
AMALGAMATED, INDUSTRIAL AND TOY &
NOVELTY WORKERS OF AMERICA, LOCAL 223,

        Plaintiffs,  Civil Action No.:
              20-cv-09608(GHW)


    -against-    <u>ORDER TO SHOW CAUSE</u>


POP DISPLAYS, LLC a/k/a
POP DISPLAYS USA, LLC a/k/a
POP DISPLAYS HOLDING CORP.
and COUNTERPOINT CAPITAL PARTNERS, LLC,

        Defendants.
----------------------------------------------------------------x
<u>WOODS, D.J.</u>:

  Upon the annexed supporting Affidavit of Anthony Miranti, the Affirmation of Lauren Kugielska, Esq. and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

  ORDERED, that the Defendants show cause at a conference to be held on the ____day of _____, 2021 at_____a.m. /p.m. before the Honorable Gregory H. Woods at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY in Courtroom 12C of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino & Shepherd LLP, Attn: Lauren Kugielska, Esq., 3 Surrey Lane, Hempstead, NY 11550 by the _____ day of _____, 2021; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendants, Pop Displays, LLC a/k/a Pop Displays USA, LLC a/k/a Pop Displays Holding Corp. and Counterpoint Capital Partners, LLC, by First Class Mail on or before the ____ day of _____, 2021, and such service shall be deemed good and sufficient service.

Dated:  New York, New York
               , 2021

                            So Ordered:

                            _____
                            Honorable Gregory H. Woods, U.S.D.J.