UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TRUSTEES OF THE PENSION PLAN
OF THE PENSION FUND OF AMALGAMATED
PRODUCTION & SERVICE EMPLOYEES
LOCAL 22 F/K/A TRUSTEES OF THE PENSION
PLAN OF THE PENSION FUND OF
AMALGAMATED, INDUSTRIAL AND TOY &
NOVELTY WORKERS OF AMERICA, LOCAL 223,

        Plaintiffs,  Civil Action No.:
               20-cv-09608(GHW)

  -against-      **STATEMENT OF DAMAGES**

POP DISPLAYS, LLC a/k/a
POP DISPLAYS USA, LLC a/k/a
POP DISPLAYS HOLDING CORP.
and COUNTERPOINT CAPITAL PARTNERS, LLC,

        Defendants.
---------------------------------------------------------------x

| | | |
|---|---|---|
| Withdrawal Liability………………………………………………….......... | $ | 3,161,732.00 |
| Interest calculated at 10 % per annum from May 1, 2020 through to November 16, 2020 ……….…………………….………… | $ | 172,379.36 |
| Liquidated damages calculated at 20% of the principal amount………….. | $ | 632,346.40 |
| Attorneys' Fees ……………………………………………………………. | $ | 7,000.00 |
| Court Costs & Disbursements: | | |
|   Filing Fees (Index)..................................................………… | $ | 400.00 |
|   Process Server Fee..............…………………………………… | $ | 841.00 |
| **GRAND TOTAL:**............................................................…… | $ | **3,974,698.76** |