USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                      :
TRUSTEES OF THE PENSION PLAN OF   :
THE PENSION FUND OF AMALGAMATED :
PRODUCTION & SERVICE EMPLOYEES  :       1:20-cv-9608-GHW-DCF
LOCAL 22 F/K/A TRUSTEES OF THE     :
PENSION FUND OF AMALGAMATED,   :       <u>ORDER</u>
INDUSTRIAL AND TOY & NOVELTY      :
WORKERS OF AMERICA, LOCAL 223,   :
                                      :
                          Plaintiffs,  :
                                      :
               -v -                  :
                                      :
POP DISPLAYS, LLC a/k/a POP DISPLAYS  :
USA, LLC a/k/a POP DISPLAYS HOLDING :
CORP. and COUNTERPOINT CAPITAL   :
PARTNERS, LLC                          :
                                      :
                         Defendants.  :
                                      :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       On May 11, 2021, the Court entered an order granting the request by Plaintiffs and Defendant Counterpoint Capital Partners, LLC to refer this action to the assigned magistrate judge under 28 U.S.C. § 636(c). Dkt. No. 63. The Court has been informed that, notwithstanding its consent to the jurisdiction of the assigned magistrate judge, one or more of the parties has raised the concern that the consent may be ineffective without the agreement of the defaulting defendants in this case. Accordingly, the Court hereby terminates its May 11, 2021 order of reference to the assigned magistrate judge.

       The parties are also ordered to appear for a status conference before the Court on November 8, 2021 at 10:00 a.m. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with

Rule 2(C) of the Court's Emergency Rules.

Plaintiffs are ordered to serve this order on all unrepresented Defendants and to file proof of service.

The Clerk of Court is directed to terminate the order of reference to Magistrate Judge Freeman and to reassign this case to the Court's active docket.

SO ORDERED.

Dated: November 5, 2021
      New York, New York

                                                           GREGORY H. WOODS
                                                           United States District Judge