UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRUSTEES OF THE PENSION PLAN OF THE
PENSION FUND OF AMALGAMATED
PRODUCTION & SERVICE EMPLOYEES
LOCAL 22,

                        **Plaintiff,**                  20-CV-09608(GHW)(VF)

          -against-                          **ORDER**

POP DISPLAYS, LLC et al,

                        **Defendant(s).**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 30, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **May 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, NewYork
                May 3, 2022

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022