USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE PENSION PLAN OF
THE PENSION FUND OF AMALGAMATED
PRODUCTION & SERVICE EMPLOYEES
LOCAL 22 F/K/A TRUSTEES OF THE
PENSION FUND OF AMALGAMATED,
INDUSTRIAL AND TOY & NOVELTY
WORKERS OF AMERICA, LOCAL 223,

       Plaintiffs,

    -v -

POP DISPLAYS, LLC a/k/a POP DISPLAYS
USA, LLC a/k/a POP DISPLAYS HOLDING
CORP. and COUNTERPOINT CAPITAL
PARTNERS, LLC,

       Defendant.
-----------------------------------------------------------------X

1:20-cv-9608-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  A bench trial in this matter will begin on **Monday, January 23, 2023 at 9:00 a.m.** The parties are directed to submit the pretrial materials outlined in the Court's Individual Rule 5 no later than **September 12, 2022**. Additionally, by the same date, the parties are directed to submit to the Court affidavits constituting the direct testimony of each trial witness, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, medical expert testimony, or a person for whom a party has requested and the Court has agreed to hear direct testimony during the trial. Three business days after submission of such affidavits, counsel for each party should submit a list of all affiants whom he or she intends to cross-examine at the trial. The original affidavits will be marked as exhibits at trial.

Any motions *in limine* must also be filed no later than **September 12, 2022**. As outlined in the Court's Individual Rule 5(B)(i), if any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed; courtesy copies of all other trial materials are due when filed.

The Court will hold a final pretrial conference on **November 7, 2022 at 10:00 a.m.** to discuss the parties' pretrial submissions and, if necessary, to hear oral argument and potentially rule on any motions *in limine*. Both the trial and the final pretrial conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: May 13, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge