```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                               :

TRUSTEES OF THE PENSION PLAN OF           :
THE PENSION FUND OF AMALGAMATED   :
PRODUCTION & SERVICE EMPLOYEES       :     1:20-cv-9608-GHW-VF
LOCAL 22 F/K/A TRUSTEES OF THE          :
PENSION FUND OF AMALGAMATED,         :     <u>ORDER</u>
INDUSTRIAL AND TOY & NOVELTY           :
WORKERS OF AMERICA, LOCAL 223,       :
                                                :
                                 Plaintiffs,    :
                                                :
                               -v -                            :
                                                :

POP DISPLAYS, LLC a/k/a POP DISPLAYS    :
USA, LLC a/k/a POP DISPLAYS HOLDING   :
CORP. and COUNTERPOINT CAPITAL        :
PARTNERS, LLC                              :
                                                :
                                  Defendants.    :
                                                :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On November 5, 2021, the Court entered an order referring this action to the assigned magistrate judge for general pretrial. Dkt. No. 72. The Court hereby terminates its November 5, 2021 order of reference to the assigned magistrate judge. Plaintiffs are ordered to serve this order on all unrepresented Defendants and to file proof of service.

       The Clerk of Court is directed to terminate the order of reference to the assigned magistrate judge.

       SO ORDERED.

Dated: May 13, 2022
         New York, New York

                                                               _____
                                                                       GREGORY H. WOODS
                                                                   United States District Judge